Edith Keating, Petitioner v. Delta County Memorial Hospital; Industrial Claim Appeals Office of the State of Colorado; and Robert C. Adams d/b/a Bob Adams Trucking, Respondents No. 21SC545
Supreme Court of Colorado, En Banc
November 22, 2021

 Court
 of Appeals Case No. 20CA1523

 Petition
 for Writ of Certiorari DENIED.

 JUSTICE GABRIEL does not participate.

 JUSTICE SAMOUR would grant as to the following issues:

 Whether
 the court of appeals erred as a matter of law in holding that
 a medical provider who knowingly violates section
8-42-101(4), C.R.S. (2021), for 119 consecutive days by
 continuing to "seek to recover [medical] costs and
 fees" from an injured employee is not subject to the
 Act's continuing daily penalty provision, §
 8-43-305, C.R.S. (2021).

 Whether
 the court of appeals erred as a matter of law in interpreting
 the continuing penalty provision of section 8-43-305, C.R.S.
 (2021), to be inapplicable to a medical provider's
 unlawful debt collection processes based upon the erroneous
 conclusion that such unlawful processes cannot be cured.

1